[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

Nos. 14-13542 & 14-13657
_____

D.C. Docket No. 8:13-cv-01116-SCB-TGW


WESTERN HERITAGE INSURANCE COMPANY,

Plaintiff - Counter
Defendant - Appellee
Cross Appellant,

versus

DENNIS MARK MONTANA,
a Guardian of Paul N. Blevins, as Assignee of Suncoast Preferred
Investment Corp.,
REBEKAH J. PATTERSON, as Guardian of minor children,
D.B., D.B., F.B., as Assignee of Suncoast Preferred Investment Corp.,

Defendants - Counter
Claimants – Counter
Defendants - Appellants
Cross-Appellees.


_____

Nos. 15-10967 & 15-11166
_____

D.C. Docket No.  8:13-cv-01116-SCB-TGW

WESTERN HERITAGE INSURANCE COMPANY,
an Arizona corporation,

                                                    Plaintiff - Counter
                                              Defendant - Appellant
                                                   Cross-Appellee,

versus

DENNIS MARK MONTANA,
as Guardian of Paul N. Blevins, as Assignee of Suncoast Preferred
Investment Corp., a Florida citizen,
REBEKAH J. PATTERSON, as Guardian of minor children,
D.B., D.B., F.B., as Assignee of Suncoast Preferred Investment Corp.,
a Florida citizen,

                                               Defendants - Counter
                                             Claimants – Counter
                                           Defendants - Appellees
                                               Cross-Appellants.

                     _____

                 Appeals from the United States District Court
                    for the Middle District of Florida
                     _____

                         (November 23, 2015)

Before ROSENBAUM, JULIE CARNES, and DUBINA, Circuit Judges.

PER CURIAM:

       We have before us the related appeals and cross-appeals in an insurance-

coverage dispute between the Western Heritage Insurance Company ("Western

Heritage") and the guardians of Paul Blevins and Blevins's children ("Blevins").

We have carefully reviewed the record and the parties' briefs, and we have had the

2

benefit of oral argument.  We now affirm the district court's orders in all respects for the reasons articulated by the district court in its orders.

**AFFIRMED.**